# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134596

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 134596
                                      COA: 276951
                                      Wayne CC: 05-018392-01
                                                                 05-018394-01

MATTHEW LAWRENCE STREETER,
a/k/a MATTHEW LAWRENCE STREATER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 25, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007                                                 _____
                                                                 Clerk

11022